# UNITED STATES DISTRICT COURT
for the
District of Colorado
901 19th St, Denver, CO 80294

**THE TOY CHEST, LLC and MINA DE ORO, LLC**

*Plaintiff*

v.

**MATTHEW BRENT GOETTSCHE**

*Defendant*

Civil Action No. 23-cv-3174-GPG

## AFFIDAVIT OF SERVICE

I, Ginna Stauble, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Matthew Goettsche in Boulder County, CO on December 22, 2023 at 6:30 pm at 2650 Lawrence Ct, Lafayette, CO 80026 by personal service by handing the following documents to an individual identified as Matthew Goettsche.

Civil Cover Sheet
Consent Form
Summons
Complaint

Additional Description:
He answered, I asked if he was Matthew, and he said yes. I said I had some paperwork for him and he took it with no issues

White Male, est. age 35-44, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.0390768564,-105.0958375354
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Boulder County</u>, <u>CO</u> on <u>12/22/2023</u>. | /s/ *Ginna Stauble* <br> Signature <br> Ginna Stauble <br> +1 (720) 462-0871 |

