IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-03174-GPG

MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company,

    Plaintiffs,

v.

MATTHEW BRENT GOETTSCHE, an individual,

    Defendant.

---

## NOTICE OF APPEARANCE
---

To the clerk of court and all parties of record:

Kristen M. Frost and Patrick L. Ridley of Ridley McGreevy & Winocur hereby enter their appearance as counsel for Matthew Brent Goettsche in the above-captioned case.

They do so without waiver of any argument that this Court has no jurisdiction over their client and the District Court of Colorado is not the proper venue, and without waiver of any other additional applicable arguments. They file this appearance in order to move for additional time to file an answer to the Complaint and Demand for Jury Trial.

Respectfully submitted,

*s/ Kristen M. Frost*
Kristen M. Frost
Patrick L. Ridley
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
frost@ridleylaw.com
ridley@ridleylaw.com
Attorney for Defendant Matthew Goettsche

## CERTIFICATE OF SERVICE

   I hereby certify that on this 11th day of January, 2024, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Scott E. Brenner
Thomas P. Howard, LLC
842 W. South Boulder Road, Suite 100
Louisville, Colorado 80027
sbrenner@thowardlaw.com

P. Sterling Kerr
Taylor Simpson
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
sterling@kerrsimpsonlaw.com
taylor@kerrsimpsonlaw.com

                *s/ Kristin McKinley*
                Kristin McKinley