IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-03174-GPG

MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC

a Nevada limited liability company,

    Plaintiffs,

v.

MATTHEW BRENT GOETTSCHE, an individual,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT AND DEMAND FOR JURY TRIAL (Doc. 1)**

---

Matthew Goettsche, by and through counsel Kristen M. Frost and Patrick L. Ridley of Ridley McGreevy & Winocur, and pursuant to GPG Civ. Practice Standard 6.1A and D.C.COLO.LCivR 6.1(a), respectfully files this *Unopposed Motion For Extension Of Time To Respond To Complaint And Demand For Jury Trial* (Doc. 1), asking for an additional thirty days to respond to the Complaint and Demand For Jury Trial, which is currently due on January 12, 2024[1].

In support, Mr. Goettsche states as follows:

**D.C.COLO.LCivR 7.1(a) Conferral:** Undersigned counsel has conferred with Plaintiffs' counsel, Mr. Sterling Kerr, and is authorized to represent to the Court that he has no objection to the relief requested in this motion.

1. The Complaint And Demand For Jury Trial was served in this matter on December 22, 2023. As such, the current deadline to respond is January 12, 2024.

2. No prior requests for an extension of time have been requested in this matter. This is the first request for an extension of time and good cause exists to grant thirty additional days to respond in this matter. Mr. Goettsche respectfully moves this Court for an amended deadline of February 12, 2024.

3. Good cause exists for the requested extension because: (1) undersigned counsel was just retained in this matter a few days ago, on Tuesday, January 9, 2023, (2) the case involves complex allegations of fraud in connection with Bitcoin and involves complicated issues of law and fact, and (3) Mr. Goettsche was previously represented in a related Nevada civil case by prior counsel and undersigned counsel needs time to confer with those lawyers and come up to speed on that related litigation.

WHEREFORE, based on good cause, counsel asks the Court to grant an extension of thirty days to respond to the Complaint And Demand For A Jury Trial by February 12, 2024.

Respectfully submitted,

*s/ Kristen M. Frost*
Kristen M. Frost
Patrick L. Ridley
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
frost@ridleylaw.com
ridley@ridleylaw.com
Attorneys for Defendant Matthew Goettsche

---

[1] Mr. Goettsche does not concede to the jurisdiction of this Court or venue in any way by filing this routine administrative motion requesting an extension of time.

## CERTIFICATE OF SERVICE

  I hereby certify that on this 11th day of January, 2024, I served a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND DEMAND FOR JURY TRIAL** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Scott E. Brenner
Thomas P. Howard, LLC
842 W. South Boulder Road, Suite 100
Louisville, Colorado 80027
sbrenner@thowardlaw.com

P. Sterling Kerr
Taylor Simpson
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
sterling@kerrsimpsonlaw.com
taylor@kerrsimpsonlaw.com

  Pursuant to GPG Civ. Practice Standard 6.1A(c) and D.C.COLOCivR 6.1(c), I hereby further certify that on this 11th day of January, 2024, I served a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND DEMAND FOR JURY TRIAL** on Matthew Goettsche.

                *s/ Kristin McKinley*
                Kristin McKinley