IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03174-GPG-NRN

MINA DE ORO, LLC, a Nevada limited liability company, and
THE TOY CHEST, LLC, a Nevada limited liability company,

Plaintiffs,

v.

MATTHEW BRENT GOETTSCHE, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant's Unopposed Motion for Extension of Time to Respond to Complaint and Demand for Jury Trial (Dkt. #8) is GRANTED. Defendant shall answer or otherwise respond to Plaintiff's Complaint and Demand for Jury Trial (Dkt. #1) on or before February 12, 2024.

Date: January 12, 2024