IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MINA DE ORO, LLC, a Nevada limited
liability company; THE TOY CHEST, LLC,
a Nevada limited liability company,

                Plaintiffs,          Case No. 1:23-CV-03172-GPG

v.

MATTHEW BRENT GOETTSCHE, an
individual,

                Defendants.

## JOINT MOTION TO VACATE THE SCHEDULING CONFERENCE

Plaintiffs Mina De Oro and The Toy Chest, LLC, and Defendant Matthew Goettsche jointly move to vacate the February 29, 2024, scheduling conference. This motion is timely under the Court's 5-business day deadline established in the Court's order. [ECF 5]

1. The Complaint was served on December 22, 2023. The deadline to answer or otherwise respond was initially January 12, 2024.

2. On January 11, 2024, the Defendant moved for a 30-day extension to answer. The motion was unopposed. The Court granted the extension on January 12, 2024, giving the Defendants until February 12, 2024, to answer or otherwise respond.

3. On February 12, 2024, the Defendant moved to dismiss all claims [ECF 11].

4. Good cause exists for the vacating the Scheduling Conference. Vacating the conference will allow the parties time to finish briefing the motion to dismiss. The potentially dispositive motion may substantially alter the scope of discovery and tie necessary to prepare the case for trial. Moreover, the timing of the Court's decision on the motion to dismiss may also affect deadlines established in a proposed scheduling order.

WHEREFORE, based on good cause, counsel asks the Court to vacate the Scheduling Conference pending resolution of the Defendant's motion to dismiss.

Dated February __, 2024.

                                          Respectfully submitted,

                                          THOMAS P. HOWARD, LLC

<u>/s/ Scott E. Brenner</u>
Scott E. Brenner
Thomas P. Howard, LLC
842 W. South Boulder Rd., Suite 100
Louisville, CO 80027
303-665-9845
sbrenner@thowardlaw.com
Local Attorneys for Plaintiffs

KERR SIMPSON ATTORNEYS AT LAW

P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: taylor@kerrsimpsonlaw.com
Nevada Attorneys for Plaintiffs


RIDLEY, MCGREEVY & WINOCUR, P.C.


<u>s/  Patrick L. Ridley (per telephone authorization)  </u>
Patrick L. Ridley
Kristen M. Frost
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
frost@ridleylaw.com
ridley@ridleylaw.com
Attorneys for Defendant Matthew Goettsche

2