IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MINA DE ORO, LLC, a Nevada limited
liability company; THE TOY CHEST, LLC,
a Nevada limited liability company,

               Plaintiffs,          Case No. 1:23-CV-03172-GPG

v.

MATTHEW BRENT GOETTSCHE, an
individual,

               Defendants.

## FIRST AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS [ECF 11]

Plaintiffs Mina De Oro and The Toy Chest, LLC, move for a two-week extension to respond to Defendant's February 12, 2024, motion to dismiss [ECF 11]. The deadline to respond is currently March 4, 2024.

### D.C.COLO.LCivR 7.1(a) Conferral:

The undersigned counsel has conferred with the Defendant's counsel, Mr. Pat Ridley, and is authorized to represent the Court that he does not object to the relief requested in this motion.

1. The Complaint was served on December 22, 2023. The deadline to answer or otherwise respond was initially January 12, 2024.

2. On January 11, 2024, the Defendant moved for a 30-day extension to answer. The motion was unopposed. The Court granted the extension on January 12, 2024, giving the Defendants until February 12, 2024, to answer or otherwise respond.

3. On February 12, 2024, the Defendant moved to dismiss all claims [ECF 11].

4. Good cause exists for the requested extension because (1) the case involves complex claims of fraud in connection with Bitcoin and involves complicated issues of law and fact, (2) the Defendant's motion to dismiss asserts multiple grounds for dismissal under Federal and Colorado state law, and (3) counsel are discussed the merits the claims and may be able to resolve the motion without the Court's involvement.

WHEREFORE, based on good cause, counsel asks the Court to grant three weeks to respond to the Complaint.

Dated February 22, 2024.

Respectfully submitted,

THOMAS P. HOWARD, LLC

/s/ Scott E. Brenner
Scott E. Brenner
Thomas P. Howard, LLC
842 W. South Boulder Rd., Suite 100
Louisville, CO 80027
303-665-9845
sbrenner@thowardlaw.com
Local Attorneys for Plaintiffs

KERR SIMPSON ATTORNEYS AT LAW

P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: taylor@kerrsimpsonlaw.com
Nevada Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, a true and correct copy of the foregoing was electronically with the clerk of the court via the CM/ECF system which will serve the foregoing on the counsel of record.

Pursuant to GPG Civ. Practice Standard 6.1A(c) and D.C.COLOCivR 6.1(c), I

hereby further certify that a true and correct copy of the foregoing
will be served on:

      Louis J. Diaz for Mina de Oro, LLC
      Lori R. Diaz for The Toy Chest, LLC

s/ _____Scott E. Brenner____
Scott E. Brenner