IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03174-GPG-NRN

MINA DE ORO, LLC, a Nevada limited liability company, and
THE TOY CHEST, LLC, a Nevada limited liability company,

Plaintiffs,

v.

MATTHEW BRENT GOETTSCHE, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    This matter is before the Court on the parties' Joint Motion to Vacate the Scheduling Conference (Dkt. #13). It is hereby ORDERED that the Scheduling Conference set for February 29, 2024 at 10:30 a.m. is CONVERTED to a telephonic Status Conference. The parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937# at the scheduled time.

Date: February 26, 2024