IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-03174-GPG

MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC

a Nevada limited liability company,

    Plaintiffs,

v.

MATTHEW BRENT GOETTSCHE, an individual,

    Defendant.

---

## ENTRY OF APPEARANCE
---

To the clerk of court and all parties of record:

Patrick L. Ridley of Ridley McGreevy & Winocur hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Matthew Brent Goettsche.

Dated at Denver, Colorado, this 29th day of February, 2024.

    Respectfully submitted,

*s/ Patrick L. Ridley*
Patrick L. Ridley
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
ridley@ridleylaw.com
Attorney for Defendant Matthew Goettsche

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of February, 2024, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Scott E. Brenner
Thomas P. Howard, LLC
842 W. South Boulder Road, Suite 100
Louisville, Colorado 80027
sbrenner@thowardlaw.com

P. Sterling Kerr
Taylor Simpson
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
sterling@kerrsimpsonlaw.com
taylor@kerrsimpsonlaw.com

                                                        *s/ Kristin McKinley*
                                                        Kristin McKinley