IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 23-cv-03174-GPG-NRN | Date:  February 29, 2024 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company, and THE TOY CHEST, LLC, a Nevada limited liability company, | Scott Brenner |
|         Plaintiffs, | |
| v. | |
| MATTHEW BRENT GOETTSCHE, an individual, | Patrick Ridley |
|         Defendant. | |

## COURTROOM MINUTES

### STATUS CONFERENCE

**10:29 a.m.**   **Court in session.**

Court calls case. Appearances of Counsel.

Preliminary remarks by the Court regarding the Joint Motion to Vacate the Scheduling Conference (Dkt. #13).

For the reasons stated on the record, it is

**ORDERED:**   The Joint Motion to Vacate the Scheduling Conference (Dkt. #13) is GRANTED. All discovery is STAYED pending a determination on Defendant's Motion to Dismiss Complaint for Failure to State a Claim (Dkt. #11). In the event the motion to dismiss is denied, the parties shall contact the Chambers of Magistrate Judge Neureiter to set a scheduling conference.

**10:40 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:11

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.