IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MINA DE ORO, LLC, a Nevada limited
liability company; THE TOY CHEST, LLC, a
Nevada limited liability company,
    Plaintiffs,
v.
MATTHEW BRENT GOETTSCHE, an
individual,
    Defendant.

1:23-cv-03174-GPG
Case No. ~~1:23-CV-03172-GPG~~

## STIPULATION OF DISMISSAL

Plaintiffs Mina De Oro, LLC and The Toy Chest, LLC, file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Mina De Oro, LLC and The Toy Chest, LLC.
2. The Defendant is Matthew Brent Goettshce.
3. On December 1, 2023, plaintiffs sued defendant.
4. Defendant agrees to this dismissal.
5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.
6. This case is not governed by any federal statute that requires a court order for dismissal of the case.
7. A receiver has not been appointed in this case.
8. Plaintiff has not previously dismissed any Colorado federal- or state-court suit based on or including the same claims as those presented in this case.
9. This dismissal is with prejudice.
10. Each party shall pay their own fees and costs.

Respectfully submitted, March 12, 2024.

THOMAS P. HOWARD, LLC

/s/ Scott E. Brenner
Scott E. Brenner
Thomas P. Howard, LLC
842 W. South Boulder Rd., Suite 100
Louisville, CO 80027
303-665-9845
sbrenner@thowardlaw.com
Local Attorneys for Plaintiffs

RIDLEY, MCGREEVY & WINOCUR, P.C.

/s/ Kristen M. Frost
Kristen M. Frost
Patrick L. Ridley
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
frost@ridleylaw.com
ridley@ridleylaw.com
Attorneys for Defendant Matthew Goettsche

KERR SIMPSON ATTORNEYS AT LAW

/Per email authorization/
P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
2900 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: taylor@kerrsimpsonlaw.com
Nevada Attorneys for Plaintiffs